JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA FRANCES LIM,  ) | |
| ) | Case No. 2:15-cv-02124-AC |
| Plaintiff,  ) | |
| ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.  ) | **TO FILE PLAINTIFF'S MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN,  ) | |
| Acting Comm'r of Social Security,  ) | |
| ) | |
| Defendant,  ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to April 18, 2016, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension, which is requested because Plaintiff's counsel is experiencing a backload in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  March 14, 2016              JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff



Date:  March 15, 2016              BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH STACHEL
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/*Annabelle Yang*
                                   ANNABELLE YANG
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant


                                             ORDER

APPROVED AND SO ORDERED



DATED:  March 17, 2016             _____
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

Lim v. Colvin            Stipulation and Proposed Order            E.D. Cal. 2:15-cv-02124-AC