JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA FRANCES LIM,              ) | |
| ) | Case No. 2:15-cv-02124-AC |
| Plaintiff,              ) | |
| ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.              ) | **TO FILE PLAINTIFF'S MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN,              ) | |
| Acting Comm'r of Social Security,              ) | |
| ) | |
| Defendant,              ) | |
| ) | |
| _____) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 15 days to May 3, 2016, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension, which is requested because Plaintiff's counsel is ill.

1    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                  Respectfully submitted,

Date:  April 15, 2016                      JACQUELINE A. FORSLUND
                                                  Attorney at Law

                                                  */s/Jacqueline A. Forslund*
                                                  JACQUELINE A. FORSLUND

                                                  Attorney for Plaintiff


Date:  April 15, 2016                      BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DEBORAH STACHEL
                                                  Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                                  */s/\*Annabelle Yang*
                                                  ANNABELLE YANG
                                                  Special Assistant United States Attorney
                                                  *By email authorization

                                                  Attorney for Defendant


                                                        <u>ORDER</u>

APPROVED AND SO ORDERED


DATED:  April 15, 2016

                                                  _____
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE