JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA FRANCES LIM, ) | |
| ) | Case No. 2:15-cv-02124-AC |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time to July 5, 2016, for Plaintiff to file her Motion for Summary Judgment (Motion), in accordance with the Court's Scheduling Order.  On May 2, 2016, Plaintiff's counsel finished writing the Motion, converted it to a PDF document, and thought she had filed it, but the case docket does not indicate the motion was filed at that time.  On July 5, 2016, Plaintiff discovered the error and filed the Motion as it was written on May 2, 2016, with the exception of changing the date Defendant's counsel was served.  Thus, an extension of time is needed so the Motion will be timely filed.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  July 14, 2016                         JACQUELINE A. FORSLUND
                                             Attorney at Law


                                             */s/Jacqueline A. Forslund*
                                             JACQUELINE A. FORSLUND
                                             Attorney for Plaintiff


Date:  July 15, 2016                         BENJAMIN B. WAGNER
                                             United States Attorney
                                             DEBORAH STACHEL
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                             */s/\*Theophous Reagans*
                                             THEOPHOUS REAGANS
                                             Special Assistant United States Attorney
                                             *By email authorization
                                             Attorney for Defendant


                          ORDER

APPROVED AND SO ORDERED


DATED:  July 20, 2016                        _____
                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE

Lim v. Colvin                Stipulation and Proposed Order          E.D. Cal. 2:15-cv-02124-AC