BENJAMIN W. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant
CAROLYN W. COLVIN
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA FRANCES LIM,<br><br>　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>　　Defendant, | Case No. 2:15-cv-02124-AC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time to September 5, 2016, for Defendant to file her Cross Motion for Summary Judgment (Motion), in accordance with the Court's Scheduling Order.  This case was re-assigned to Defendant's Counsel shortly after he returned from leave.  Since returning from leave, counsel has been out of the office several days due to illness.  As a result, Defendant's Counsel needs an extension of time to review this case for defensibility.  Thus, the parties request an extension of time.

Lim v. Colvin　　　　　　　　　　Stipulation and Proposed Order　　　　　　E.D. Cal. 2:15-cv-02124-AC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 14, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/*
THEOPHOUS REAGANS
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

Date: July 14, 2016

JACQUELINE A. FORSLUND
Attorney at Law

/s/Jacqueline A. Forslund
JACQUELINE A. FORSLUND
Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED

DATED: August 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE