BENJAMIN W. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant
CAROLYN W. COLVIN
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA FRANCES LIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Comm'r of Social Security, ) <br> ) <br> Defendant, ) <br> ) <br> _____) | Case No. 2:15-cv-02124-AC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C § 405(g)** |

 IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and subject to the approval of the Court, to voluntary remand in this case for further administrative proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g).

 Upon remand, the ALJ will re-evaluate the treating sources opinions, offer Plaintiff a new hearing if appropriate, and further develop the record as needed.

Respectfully submitted,

Date: August 23, 2016        BENJAMIN B. WAGNER
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/Theophous H. Reagans*
                             THEOPHOUS REAGANS
                             Special Assistant United States Attorney

Date: August 23, 2016        JACQUELINE A. FORSLUND
                             Attorney at Law

                             */s/\*Jacqueline A. Forslund*
                             JACQUELINE A. FORSLUND
                             Attorney for Plaintiff
                             *By email authorization
                             Attorney for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED: August 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE